UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| CASE NO.: 8:17-cr-5-T-17MAP | DATE: July 21, 2017 |
|---|---|
| HONORABLE ELIZABETH A. KOVACHEVICH | INTERPRETER: Jesse Leonor<br>LANGUAGE: Spanish |
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRYANT ALEXY POSLIGUA-SANTANA | GOVERNMENT COUNSEL<br>Kaitlin R. O'Donnell<br><br><br>James John Armington., CJA |
| COURT REPORTER: Sandra Provenzano | DEPUTY CLERK: Sara Boswell |
| TIME: 3:18 – 3:45 p.m. | COURTROOM: 14A |
| TOTAL: 27 minutes | PROBATION: Tracy Shroyer standing in for Kasey Fuqua |

**PROCEEDINGS:** CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Defendant is adjudged guilty on Count One of the Indictment.

Imprisonment: **ONE HUNDRED and EIGHT (108) MONTHS** as to Count One of the Indictment. Defendant shall receive credit for time served as calculated by the United States Bureau of Prisons.

The Court makes the following recommendations to the Bureau of Prisons:

1. 1st choice of incarceration – Ft. Dix, NJ
2. 2nd choice of incarceration – Jesup, GA
3. UNICOR to send for two minor children.
4. Immediate medical exam for serious abdominal pain which is persistent. Provide medication and diet for defendant.
5. Provide all necessary elementary and all secondary education including reading, writing and speaking English language. Then procure GED.
6. Vocational education in electrical trade, welding, plumbing, HVAC, refrigeration, mechanics, carpentry, culinary arts, small business administration and computers related to trades.
7. Substance abuse counseling for alcoholism.
8. Defendant was legally paroled into the U.S.

Supervised Release: **FIVE (5) YEARS** as to Count One of the Indictment.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Special conditions of supervised release:

- Should the defendant be deported, he shall not be allowed to re-enter the United States without the express permission of the appropriate governmental authority.

- Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

- The mandatory drug testing provisions pursuant to the Violent Crime Control Act are waived. However, the Court orders random drug testing not to exceed 104 tests per year.

Defendant is remanded to the custody of the US Marshal.

Government's 5K1.1 motion for downward departure (Doc. 58) is granted

Count Two of the Indictment is dismissed on government's motion.

Defendant advised of right to appeal and to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 33 |
| Criminal History Category: | I |
| Imprisonment Range | 135 - 168 months |
| Supervised Release Range | 5 years |
| Restitution: | N/A |
| Fine Range | $35,000 - $10,000,000 |
| Special Assessment | $100.00 |